[Nos. 44484-4-II; 44614-6-II.   Division Two.   May 27, 2015.]

*In the Matter of the Marriage of* BECKY C. DEVELLE,
*Appellant*, and MARC G. DEVELLE, *Respondent*.

Appeals from a judgment of the Superior Court for Clark
County, No. 11-3-00581-7, Gregory M. Gonzales, J., entered
February 8, 2013. *Affirmed* by unpublished opinion per
Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 45041-1-II.   Division Two.   May 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS LEE
WOLTER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 11-1-00862-2, Robert A. Lewis, J., entered June
24, 2013. *Affirmed* by unpublished opinion per Bjorgen,
A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 45569-2-II.   Division Two.   May 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIN D. RIEMAN,
*Appellant*.

*In the Matter of the Personal Restraint of* ERIN D. RIEMAN,
*Petitioner*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 09-1-00157-8, Michael J. Sullivan, J., entered
October 11, 2013. Appeal *dismissed*, action *converted* to
personal restraint petition, and petition *denied* by unpub-
lished opinion per Lee, J., concurred in by Worswick and
Maxa, JJ.